# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. M-21-682-STE |
| | ) |
| RICKY DION WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After conducting a competency hearing, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation on April 14, 2022, recommending the court find defendant Ricky Dion Williams competent to stand trial. Magistrate Judge Green advised the parties of their right to file an objection to the Report and Recommendation on or before April 18, 2022 and specifically advised the parties that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 24) issued by United States Magistrate Judge Amanda Maxfield Green on April 14, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The court "finds a preponderance of evidence establishes [defendant Ricky Dion Williams] is competent 'to the extent that he is []able to understand the nature

2

and consequences of the proceedings against him or to assist properly in his defense.'" Doc. no. 24, ECF p. 6 (quoting 18 U.S.C. § 4241(d)).

IT IS SO ORDERED this 22nd day of April, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

M-21-682-STE.docx

2